**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-1958**
_____

JACQUELINE MOORE, individually and as administrator of the
Estate of Keith Karwacki, deceased,

        Plaintiff - Appellant,

     v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, a foreign
corporation; CIGNA CORPORATION, d/b/a Cigna Group Insurance,
a foreign corporation,

        Defendants - Appellees,

     and

METROPOLITAN LIFE INSURANCE COMPANY, a foreign corporation,

        Defendant,

     v.

SHARON L. KARWACKI; DEBORAH NAUGHTON,

        Third Party Defendants.

_____

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling.  Frederick P. Stamp,
Jr., Senior District Judge.  (5:05-cv-00169-FPS)

_____

Submitted:  May 24, 2011        Decided:  July 15, 2011

_____

Before TRAXLER, Chief Judge, and MOTZ and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

---

Brent K. Kesner, Ellen R. Archibald, KESNER, KESNER & BRAMBLE, PLLC, Charleston, West Virginia, for Appellant. John C. Lynch, TROUTMAN SANDERS, LLP, Virginia Beach, Virginia; Jon S. Hubbard, TROUTMAN SANDERS, LLP, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Jacqueline Moore appeals the district court's order granting Defendants' motions to dismiss and for summary judgment and the court's order denying her motion to reconsider. We have reviewed the parties' briefs and the record on appeal and conclude there is no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Moore v. Life Ins. Co. of N. Am.</u>, No. 5:05-cv-00169-FPS (N.D. W. Va. Mar. 25, 2010; July 28, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>